#60794

UNCLAIMED FUNDS

September 22, 2010

FILED
2010 SEP 23 PM 4: 12

06-60509   JOE, SR. & ANNA SHORTT
          DEBTOR DID NOT CASH CHECK
          CHECK #450222 FOR $2.23
          JOE, SR. & ANNA SHORTT
          6639 MOTTICE DR.
          BOX 408
          WAYNESBURG, OH 44688

05-61479   ROBERT & JULIE KELLEY
          DEBTOR DID NOT CASH CHECK
          CHECK #450223 FOR $100.83
          ROBERT & JULIE KELLEY
          13559 SHREVE ROAD
          BIG PRAIRIE, OH 44611

05-64214   DANIEL & DIANA O'BRIEN
          DEBTOR DID NOT CASH CHECK
          CHECK #450224 FOR $19.74
          DANIEL & DIANA O'BRIEN
          929 ANTIONETTE DRIVE
          MANSFIELD, OH 44903

07-60600   VALINDA J. MILLS
          DEBTOR DID NOT CASH CHECK
          CHECK #450225 FOR $161.01
          VALINDA J. MILLS
          1627 BEAL ROAD
          MANSFIELD, OH 44903

05-63205   MICHAEL & SHELLY BELCHER
          CREDITOR DID NOT CASH CHECK
          CHECK #450226 FOR $14.67              0 • *
          GREAT SENECA
          C/O WOLPOFF & ABRAMSON                2 • 23 +
          702 KING FARM BLVD.                 100 • 83 +
          ROCKVILLE, MD 20850-5775             19 • 74 +
                                              161 • 01 +
                                               14 • 67 +
                                              298 • 48 *